No. 111, Orig. DELAWARE *v.* NEW YORK. Motion of Oregon for leave to intervene and adopt complaint referred to the Special Master. [For earlier order herein, see, *e. g.,* 501 U. S. 1228.]

No. 90–1205. UNITED STATES *v.* MABUS, GOVERNOR OF MISSISSIPPI, ET AL.; and
No. 90–6588. AYERS ET AL. *v.* MABUS, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir. [Certiorari granted, 499 U. S. 958.] Motion of respondents to strike *amicus curiae* brief of Jackson State University denied.

No. 90–1596. ROBERTSON, CHIEF, UNITED STATES FOREST SERVICE, ET AL. *v.* SEATTLE AUDUBON SOCIETY ET AL. C. A. 9th Cir. [Certiorari granted, 501 U. S. 1249.] Motion of Mountain States Legal Foundation et al. for leave to file a brief as *amici curiae* granted.

No. 90–6315. PEREZ *v.* LOUISIANA. Sup. Ct. La. Motion of petitioner to consolidate this case with No. 90–5844, *Foucha* v. *Louisiana* [certiorari granted, 499 U. S. 946], denied.

No. 90–6616. STRINGER *v.* BLACK, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. [Certiorari granted, 500 U. S. 915.] Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 91–261. BUILDING & CONSTRUCTION TRADES COUNCIL OF THE METROPOLITAN DISTRICT *v.* ASSOCIATED BUILDERS & CONTRACTORS OF MASSACHUSETTS/RHODE ISLAND, INC., ET AL. C. A. 1st Cir.;
No. 91–274. MASSACHUSETTS WATER RESOURCES AUTHORITY ET AL. *v.* ASSOCIATED BUILDERS & CONTRACTORS OF MASSACHUSETTS/RHODE ISLAND, INC., ET AL. C. A. 1st Cir.; and
No. 91–321. ITEL CONTAINERS INTERNATIONAL CORP. *v.* HUDDLESTON, COMMISSIONER OF REVENUE OF TENNESSEE. Sup. Ct. Tenn. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.